| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Keesler, David C. | 2. Court or Organization<br><br>N Carolina - District Court | 3. Date of Report<br><br>08/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>401 West Trade Street<br>Room 168<br>Charlotte, NC 28202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | K. Interiors-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trinity Episcopal School | Tuition | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | C | Dividend | M | T | | | | | |
| 2. -AQR FDS ADAIX | | | | | Sold | 09/11/12 | J | | |
| 3. -ARTISAN PARTNERS FDS SMAL CAP FDS ARTSX | | | | | Buy | 12/12/12 | J | | |
| 4. -BLAIR WILLIAM FDS BIGIX | | | | | | | | | |
| 5. -DELAWARE GROUP DEUIX | | | | | Sold (part) | 09/11/12 | J | | |
| 6. -HIGHMARK FDS GENEVA MID CAP GROWTH PNMFX | | | | | Buy | 09/11/12 | J | | |
| 7. -EATON VANCE EIGMX | | | | | | | | | |
| 8. -GOLDMAN SACHS TR FTIXX | | | | | Buy (add'l) | 09/11/12 | J | | |
| 9. -HARBOR FUND HASCX | | | | | Sold | 09/11/12 | J | | |
| 10. -HARRIS ASSOC INVT TR OAKMARK INTL FD OAKIX | | | | | | | | | |
| 11. -PYXIS LONG/SHORT EQUITY FUND CLASS Z HEOZX | | | | | Buy | 09/11/12 | J | | |
| 12. -HOTCHKIS & WILEY HWMIX | | | | | Sold (part) | 09/11/12 | J | | |
| 13. -JANUS INVT FD JFLEX | | | | | | | | | |
| 14. -JOHN HANCOCK JCUIX | | | | | | | | | |
| 15. -MORGAN STANLEY MPEGX | | | | | Sold | 09/13/12 | J | | |
| 16. -JP MORGAN TR 1 JLPSX | | | | | | | | | |
| 17. -BLACKROCK FDS EMERGING MKT LONG/SHORT BLSIX | | | | | Buy | 9/10/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PUTNAM ABSOLUTE RETURN 700 CL Y PDMYX | | | | | Buy | 09/11/12 | J | | |
| 19. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 20. -HEARTLAND VALUE PLUS FD CL INSTITUTINAL HNVIX | | | | | Buy | 09/11/12 | J | | |
| 21. -OPPENHEIMER DEV ODVYX | | | | | | | | | |
| 22. -JPMORGAN TR I JPMNX | | | | | Sold | 09/11/12 | J | | |
| 23. -PIMCO FDS PAC INVT PTTRX | | | | | | | | | |
| 24. -PIMCO FDS FAC INVT PCRIX | | | | | | | | | |
| 25. -DREYFUS EMERGING DRPEX | | | | | | | | | |
| 26. -T ROWE PRICE TRREX | | | | | | | | | |
| 27. -TCW FDS INC LRG CAP TGSCX | | | | | Sold | 12/12/12 | J | | |
| 28. -TCW DIVERSIFIED VALUE TGDIX | | | | | Sold (part) | 09/11/12 | J | | |
| 29. -TURNER FDS SPECTRUM FD INSTL CL TSPEX | | | | | Sold | 09/11/12 | J | | |
| 30. -NATIXIX FDS TR II ASFYX | | | | | Buy (add'l) | 09/11/12 | J | | |
| 31. -METLIFE INVS USA C SHAR VARIABLE ANNUITY | | | | | | | | | |
| 32. IRA # 2 | C | Dividend | M | T | | | | | |
| 33. -JP MORGAN PRIME MONEY MARKET SWEEP-CAPITAL | | | | | | | | | |
| 34. -CHEVRON CORPORATION CVX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -DISNEY WALT COMPANY DIS | | | | | | | | | |
| 36. -EXXON MOBIL CORP XOM | | | | | | | | | |
| 37. -GENERAL ELECTRIC COMPANY GE | | | | | | | | | |
| 38. -JOHNSON & JOHNSON JNJ | | | | | | | | | |
| 39. -MICROSOFT CORP MSFT | | | | | | | | | |
| 40. -PROCTER & GAMBLE CO PG | | | | | | | | | |
| 41. -SPDR GOLD TRUST GLD | | | | | | | | | |
| 42. -UNITED STATES OIL FUND USO | | | | | Sold | 07/26/12 | J | | |
| 43. -DODGE & COX INTL STOCK FUND DODFX | | | | | | | | | |
| 44. -GOLDMAN SACHS TR FINL SQUARE MMKT FSMXX | | | | | Sold | 03/21/12 | J | | |
| 45. -JANUS INVT FD JMVAX | | | | | | | | | |
| 46. -PIMCO FDS PAC INVT PTTRX | | | | | Sold (part) | 05/30/12 | J | | |
| 47. | | | | | Sold (part) | 06/27/12 | J | | |
| 48. | | | | | Sold (part) | 09/28/12 | J | | |
| 49. -ROYCE PREMIER FUND RPRWX | | | | | Sold (part) | 12/28/12 | J | | |
| 50. -T ROWE PRICE MID CAP GROWTH FUND RPMGX | | | | | | | | | |
| 51. -TEMPLETON FUNDS INCOME TGBAX | | | | | Sold (part) | 06/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -THORNBURG INTL TGVIX | | | | | | | | | |
| 53. -VANGUARD TOTAL BD MKT VBMFX | | | | | Sold (part) | 11/20/12 | J | | |
| 54. -VANGUARD/WINDSOR FUND VWNFX | | | | | | | | | |
| 55. IRA #3 | A | Dividend | J | T | | | | | |
| 56. -COLUMBIA ACORN FUND CLASS C LIACX | | | | | | | | | |
| 57. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 58. -WELLS FARGO BANK DEPOSIT SWEEP | A | Dividend | J | T | | | | | |
| 59. THE GROWTH FUND OF AMERICA 529C CGFCX | A | Dividend | J | T | | | | | |
| 60. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 61. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 62. THE INCOME FUND OF AMERICA 529 CL C CIMCX | A | Dividend | J | T | | | | | |
| 63. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |
| 64. THE GROWTH FUND OF AMERICA 529 C CGFCX | A | Dividend | J | T | | | | | |
| 65. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 66. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 67. THE INCOME FUND OF AMERICA 529 C CIMCX | A | Dividend | J | T | | | | | |
| 68. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 70. -AMER BALANCED FD INC BALFX | A | Dividend | J | T | | | | | |
| 71. IRA #4 | A | Dividend | L | T | | | | | |
| 72. -AIM GLOBAL REAL ESTATE ARGYX | | | | | | | | | |
| 73. -MANAGERS AMG FDS TMDPX | | | | | | | | | |
| 74. -BLAIR WILLIAM FDS INTL GROWTH BIGIX | | | | | | | | | |
| 75. -CAMBIAR OPPORTUNITY FD CAMWX | | | | | | | | | |
| 76. -DELAWARE GROUP ADVISOR FDS DEUIX | | | | | | | | | |
| 77. -DELAWARE GROUP EQUITY FD 11-VALUE FD DDVIX | | | | | Buy | 08/29/12 | J | | |
| 78. -DREYFUS APPRECIATION FD INC DGAGX | | | | | | | | | |
| 79. -DWS DREMAN SMALL CAP KDSSX | | | | | | | | | |
| 80. -FIRST EAGLE FUNDS SOGEN OVERSEAS FUND CLI SGOIX | | | | | Buy | 08/29/12 | J | | |
| 81. -RS INVT TR EMERGING MKTS FD RSENX | | | | | | | | | |
| 82. -GOLDMAN SACHS TR FTIXX | | | | | | | | | |
| 83. -HANCOCK JOHN CAP SER CLASSIC VALUE CL I JCVIX | | | | | Sold (part) | 08/29/12 | J | | |
| 84. -HARBOR INTERNATIONAL INSTL CL HAINX | | | | | | | | | |
| 85. -EAGLE SMALL GAP GROWTH FUND CLASSI HSIX | | | | | Buy | 08/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -HOTCHKIS & WILEY FDS MID CAP HWMIX | | | | | | | | | |
| 87. -ARTIO INTERNATIONAL EQUITY FD CLASS 1 JIEIX | | | | | Sold | 09/29/12 | J | | |
| 88. -KEELEY FDS INC SMALL KSCIX | | | | | | | | | |
| 89. -LEGG MASON VALUE TRUST LMNVX | | | | | Sold | 01/23/12 | J | | |
| 90. -MORGAN STANLEY INSTL MPEGX | | | | | | | | | |
| 91. -OPPENHEIMER DEV MKTS ODVYX | | | | | Buy (add'l) | 08/29/12 | J | | |
| 92. -PIMCO FDS PAC INVT PCRIX | | | | | | | | | |
| 93. -SECURITY EQUITY FD MID SEVAX | | | | | | | | | |
| 94. -SENTINEL MUT FUNDS SMALL CO SIGWX | | | | | Sold | 08/29/12 | J | | |
| 95. -TOUCHSTONE LARGE CAP TIQIX | | | | | | | | | |
| 96. -WELLS FARGO FDS TR SMALL WEMIX | | | | | | | | | |
| 97. IRA # 5 | A | Dividend | J | T | | | | | |
| 98. -DAVIS NEW YORK VENTURE FUND INC CL C NYVCX | | | | | | | | | |
| 99. BANK OF AMERICA (REGULAR SAVINGS, INTEREST CHKG) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line  70  Amer Balanced FD INC BALCX change name to  Mutual Fund changed to Balanced Fund Inc Class F1 BALFX
Line  96  Wells Fargo FDS WFGDX change name to Wells Fargo Funds Tr  WEMIX

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Keesler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544